UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN COWAN,

    Plaintiff,                                          Case No. 2:14-cv-14196
                                                           Hon. Matthew F. Leitman

v.

APELLES, L.L.C.,

    Defendant.

_____/

**STIPULATION TO DISMISS CASE WITH PREJUDICE AND WITHOUT COSTS**

        The parties stipulate to the dismissal of this case with prejudice and without costs to either party.


/s/ Gary Nitzkin                                  /s/ Maria Fracassa Dwyer (with consent)
Gary D. Nitzkin (P41155)                  Maria Fracassa Dwyer (P60946)
Attorney for Plaintiff                             Attorney for Defendant
Nitzkin & Associates                               Clark Hill PLC
22142 West Nine Mile Road              500 Woodward Avenue, Suite 3500
Southfield, Michigan 48034              Detroit, MI 48226
(248) 353-2882                                      (248) 988-5899
gnitzkin@creditor-law.com               mdwyer@clarkhill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN COWAN,

    Plaintiff,                                                 Case No. 2:14-cv-14196
                                                        Hon. Matthew F. Leitman

v.

APELLES, L.L.C.,

    Defendant.

_____/

## **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COST**

The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the promises therein;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

**IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2014